**Exhibit A to the Complaint**

**Location:** Burke, VA  
**Total Works Infringed:** 29  
**IP Address:** 100.36.138.80  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 44EE8007D31DF8D2883B228679B50BB1595A5667 | Blacked | 11/09/2018 00:04:24 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 2 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 10/10/2018 06:28:17 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 3 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 09/27/2018 06:54:31 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 4 | 12405EF8C34C23A19BC7E7618EB2CA14B9E88E98 | Blacked | 10/01/2018 20:19:52 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 5 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 09/27/2018 06:54:06 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 6 | 2541261990122381387D2C03CDA34FF74B4EDE3E | Blacked Raw | 11/01/2018 21:23:04 | 10/29/2018 | 12/09/2018 | 17210231093 |
| 7 | 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485 | Blacked | 10/09/2018 22:02:56 | 09/07/2018 | 10/16/2018 | PA0002127772 |
| 8 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 10/09/2018 20:04:11 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 9 | 35716DE321621E8E0C6E0CCBBDAE0F46628F447A | Tushy | 09/27/2018 06:52:44 | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 10 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 10/09/2018 21:34:14 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 11 | 6460534667C9B87F796BC4851C96677D2FC64AF9 | Blacked | 10/02/2018 17:51:22 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 12 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 10/09/2018 19:49:00 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 13 | 733188B563BF15CED19162980E4D587EC3C32F1D | Vixen | 09/29/2018 11:09:36 | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 14 | 763A6FC5F201546394575CD7601D8C2D7DBD3AE7 | Blacked Raw | 09/29/2018 04:32:05 | 09/04/2018 | 11/01/2018 | 17093718081 |
| 15 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | Blacked | 10/02/2018 18:18:46 | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 16 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 11/01/2018 21:41:29 | 10/24/2018 | 11/25/2018 | PA0002137640 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 09/29/2018 03:35:35 | 09/21/2018 | 11/01/2018 | 17093751804 |
| 18 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 11/08/2018 23:41:48 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 19 | 9FEF67B7211449EAC37C3C8AB46758A222FD9FA2 | Blacked | 10/02/2018 18:45:41 | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 20 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/27/2018 06:53:11 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 21 | A5E505EFBC4DBA0B9AFD15CD2DD8D6285BF834B8 | Blacked Raw | 10/09/2018 19:40:29 | 09/19/2018 | 11/01/2018 | 17093752155 |
| 22 | A825A5B2C0A69428CCCF8ABF9FCCFDBF0B27D533 | Tushy | 10/10/2018 07:58:37 | 02/10/2018 | 02/20/2018 | PA0002104201 |
| 23 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 10/02/2018 18:30:19 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 24 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | Blacked | 10/12/2018 20:11:46 | 09/12/2018 | 11/01/2018 | 17093717893 |
| 25 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 10/10/2018 08:47:22 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 26 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 09/27/2018 06:53:14 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 27 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 09/28/2018 09:43:47 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 28 | F6CE08796E7200EA0845FF9313369CF337C207BF | Vixen | 09/27/2018 21:48:47 | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 29 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | Blacked Raw | 09/28/2018 08:05:02 | 07/21/2018 | 09/01/2018 | PA0002119592 |